JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SNELL,<br><br>          Petitioner,<br><br>        v.<br><br>JAMES A. YATES, Warden,<br><br>          Respondent. | Case No. CV 11-6824-GW (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 20, 2012

                                      _____
                                      HONORABLE GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE